FILED
IN CLERKS OFFICE

2023 JAN 23 PM 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No

UNITED STATES DISTRICT COURT

DISTRICT OF DISTRICT OF COLUMBIA

Friedrich Lu, Plaintiff

v

Jason Chaka George, Defendant

## COMPLAINT

(1)    The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2)    Located at 112 Southampton Street, Boston, MA, Southampton Street Shelter is under Homeless Services Bureau, Boston Public Health Commission.

(3)    Jason Chaka George was Operations Coordinator for the 3 to 11 pm shift there. Around 6 pm, Saturday, Jan 25, 2020 after the homeless plaintiff Friedrich Lu passed through checkpoint at the entrance of the shelter, George kindly offered Lu a pair of new socks several times. Each time Lu politely declined, first saying that it was easier to go through checkpoint without socks (shoes need to be removed and go through x-ray machine) and, as George's tones turned insistent, that he (Lu) was frugal. A flustered George barred Lu for the night.

(4)    Count One: 42 USC § 1983 (George deprived Lu's rights secured by Due Process Clause of Fourteenth Amendment to federal constitution).

(5)    Lu requests court fees, declaratory judgment, injunctive relief and jury trial for damage (compensatory and punitive).

Plaintiff:    Friedrich Lu, pro se
Date:         January 23, 2023
Email address: chi2flu@gmail.com
Address:      ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112