UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

Friedrich Lu, Plaintiff          )          Civil Action No 23-10144-LTS
    v                            )
Jason Chaka George, Defendant    )

MOTION TO ORDER DEFENDANT REPAY SERVICE OF PROCESS

On Feb 11, 2023, pursuant to Fed Rule Civ Proc 4(d) plaintiff Friedrich Lu made a written request to defendant Jason Chaka George to waive service of process. George did not act, and service of process was made on George, at Lu's expense of fifty dollars to server. Now Lu moves to be made whole and have George pay Lu back that same amount ($50).

Plaintiff:      Friedrich Lu, pro se
Date:           April 26, 2023
Email address: chi2flu@gmail.com
Address:        ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

Under penalty of perjury, Lu certifies that on the same day, he mails a copy to George.